JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DERRAL ADAMS, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-08696-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

(1) IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice

Dated: January 29, 2018

_____
GEORGE H. WU
United States District Judge